AB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          <u>O R D E R</u>

    - against -                  04 CR 842 (ARR)

DAVID APONTE,

    Defendant.

- - - - - - - - - - - - - - - - -X

       Upon application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Amy Busa, Assistant United States Attorney, it is hereby

       ORDERED that the docket in this matter be unsealed.

Dated: Brooklyn, New York
       March 12, 2012

     /s/(ARR)

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 1 2012 ★
BROOKLYN OFFICE