~~1230~~ 30 minutes

BEFORE: ROSS, U.S.D.J      MAR.13,2012      TIME:11:00am

CR-04-842

DEFT NAME: **David Aponte**                              #_____
   ✓ present      ___ not present      ___ cust.      X bail

DEFENSE COUNSEL: **Donna Newman**
   ✓ present      ___ not present      x CJA     ___ RET.     ___ LAS

A.U.S.A.: **Amy Busa**                      CLERK: DEL
REPORTER: Mary Agnes Drury               OTHER: Pretrial: Ana Lee
INT: (LANG.-       )

_x_ CASE CALLED.   _x_ DEFT APPEARS WITH COUNSEL.
___ DEFT APPEARS WITHOUT COUNSEL.
___ COUNSEL PRESENT WITHOUT DEFT.
___ STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
___ STATUS CONF/HRG FOR DEFT HELD.
___ JURY SELECTION SET FOR _____
___ BEFORE J. ROSS    ___ PARTIES CONSENT TO MAGISTRATE.
___ TRIAL SCHEDULED FOR _____.

___ **SPEEDY TRIAL** INFO FOR DEFT  ___ STILL IN EFFECT
       CODE TYPE_____ START_____ STOP_____

___ ORDER / WAIVER EXECUTED & FILED.  ___ ENT'D ON RECORD.

___ STATUS CONF/HRG CONT'D TO_____.
___ FURTHER STATUS CONF/HRG SET FOR_____.

DEFT ___ SWORN   ___ ARRAIGNED ___ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.__
    _____ OF THE (Superseding) INDICTMENT /
    INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ SENTENCING TO BE SET BY PROBATION.

OTHER:_____

✓ Bond set
✓ Deft released on a 50,000 PRB.